1  DOUGLAS R. THORN (Cal. Bar No. 133521)
   Law Office of Douglas R. Thorn
2  7601 Watson Way
   Citrus Heights, California 95610
3  Email – drthorn@surewest.net

4

5  Attorneys for Defendants Town of Paradise, Gerald
   Carrigan, Robert Pickering and Timothy Cooper.
6

7

8                    UNTIED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | HAROLD ANTHONY FUNK,              | Case No.  2:09-CV-01000-MCE-KJM
11 |      Plaintiff,                   | NOTICE OF MOTION AND MOTION TO
12 |   v.                              | COMPEL DISCOVERY AND FOR MONETARY SANCTIONS
13 | TOWN OF PARADISE, PARADISE
   | POLICE DEPARTMENT CHIEF
14 | GERALD CARRIGAN, PARADISE
   | POLICE DEPARTMENT OFFICER
15 | ROBERT PICKERING, PARADISE
   | POLICE DEPARTMENT OFFICER
16 | TIMOTHY COOPER, and DOES 1 through
   | 100, inclusive,
17 |
   |      Defendants.
18

19        PLEASE TAKE NOTICE that on June 30, 2010, Defendants shall, and hereby do, move the
20 Court for an order compelling Plaintiff Harold Funk to: (1) provide Defendants with a complete Rule 26
21 disclosure as required by Rule 26 of the Federal Rules of Civil Procedure; and (2) respond to the
22 interrogatories and demands to inspect and copy records propounded to him by Defendants pursuant to
23 Rules 33 and 34 of the Federal Rules of Civil Procedure, as well as produce the records demanded.
24 Defendants also move the Court for an order pursuant to Rule 37 of the Federal Rules of Civil Procedure
25 imposing monetary sanction on Plaintiff Harold Funk and his attorney, Larry L. Baumbach, for failing to
26 respond to the discovery requests and produce the discovery as required by the Federal Rules of Civil
27 Procedure and for abusing the discovery process.  The Honorable Kimberly J. Muller will hold a hearing
28 on the motion at 10:00 a.m. on Wednesday, June 30, 2010 in Courtroom 26 of the United States

MOTION TO COMPEL DISCOVERY

Courthouse located at 501 I Street, Sacramento, California. The motion is based on this Notice of Motion and Motion, the Joint Statement re Discovery Dispute the parties are required to file, the declarations filed by the parties with the Joint Statement, and on such other and further evidence that the Court receives into evidence at the hearing.

Date: June 8, 2010

*/s/ Douglas R. Thorn*
Douglas R. Thorn
Attorney for Defendants Town of Paradise, Gerald Carrigan, Robert Pickering and Timothy Cooper