LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, CA 95926
Telephone: 530-891-6222

Attorney for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ANTHONY FUNK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF PARADISE; PARADISE POLICE DEPARTMENT CHIEF GERALD CARRIGAN; PARADISE POLICE DEPARTMENT OFFICER ROBERT PICKERING; PARADISE POLICE DEPARTMENT OFFICER TIMOTHY COOPER; DOES 1 through 100, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:09-CV-01000-MCE-EFB (Temp)<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY**<br><br>Date: April 20, 2011<br>Time: 10:00 a.m.<br>Dept: 24 |

TO DEFENDANTS TOWN OF PARADISE, GERALD CARRIGAN, ROBERT PICKERING, AND TIMOTHY COOPER AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT ON April 20, 2011 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court in Department 24, plaintiff HAROLD ANTHONY FUNK will and hereby does move this Court for an ordering compelling Defendants Town of Paradise, Gerald Carrigan, Robert Pickering, and Timothy Cooper to provide further responses to interrogatories and produce documents. Further, plaintiff moves this Court for an compelling further depositions of Defendants Robert Pickering and Timothy Cooper.

Plaintiff Funk also moves for an order that Defendants and their attorney of record, Douglas Thorn, pay to the moving party the sum of $4,500.00 as the reasonable costs and attorney fees incurred by the moving party in connection with this proceeding.

This motion is made on the grounds that said interrogatories, document requests and deposition questions are relevant to the subject matter of the action and do not relate to privileged matters, and the refusal to respond is without justification. This motion will be based on this Notice of Motion and Motion, Joint Statement Regarding Discovery Disagreement, and the declaration of Larry L. Baumbach.

Dated: 3-24, 2011    **LAW OFFICES OF LARRY L. BAUMBACH**

By: /s/ L. R. Baumbach
**LARRY L. BAUMBACH**
**Attorney for Plaintiff**