DOUGLAS R. THORN (Cal. Bar No. 133521)
Law Office of Douglas R. Thorn
7601 Watson Way
Citrus Heights, California 95610
Email – drthorn@surewest.net

Attorneys for Defendants Town of Paradise, Gerald Carrigan, Robert Pickering and Timothy Cooper.

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ANTHONY FUNK,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF PARADISE, PARADISE POLICE DEPARTMENT CHIEF GERALD CARRIGAN, PARADISE POLICE DEPARTMENT OFFICER ROBERT PICKERING, PARADISE POLICE DEPARTMENT OFFICER TIMOTHY COOPER, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  2:09-CV-01000-MCE-EFB (TEMP)<br><br>NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCLOSURES AND DISCOVERY, TO ISSUE PROTECTIVE ORDERS REGARDING DISCOVERY, AND FOR MONETARY SANCTIONS<br><br>Date:   April 20, 2011<br>Time:  10:00 a.m.<br>Place:  Courtroom 24<br>Judge:  The Honorable Edmund F. Brennan |

PLEASE TAKE NOTICE that Defendants shall, and hereby do, move the Court for the following discovery related orders:

1.     Compelling Plaintiff Harold Funk to prepare and serve Defendants with a complete Rule 26 disclosure as provided in Rules 26 and 37 of the Federal Rules of Civil Procedure;

2.     Compelling Plaintiff Harold Funk to respond to the interrogatories propounded to him by Defendants Town of Paradise, Gerald Carrigan, Timothy Cooper, and Robert Pickering as provided in Rules 33 and 37 of the Federal Rules of Civil Procedure;

3.     Compelling Plaintiff Harold Funk to respond to the requests for records propounded to him by Defendant Town of Paradise as provided in Rule 34 and 37 of the Federal Rules of Civil Procedure;

4.	Compelling Plaintiff Harold Funk produce the original records responsive to the requests for records propounded to him as provided in Rule 34 and 37 of the Federal Rules of Civil Procedure, and at a time and place set by the Court;

5.	Imposing protective orders under Rules 26 and 37 of the Federal Rules of Civil Procedure: (a) that prohibit Harold Funk and his attorney, Laurence L. Baumbach, from annoying, embarrassing, oppressing, and harassing defendants, witnesses, and opposing counsel; (b) that limit the scope of discovery in the case; (c) that forbids inquiry into designated matters; (f) that prohibits Harold Funk, or his attorney, Laurence L. Baumbach, from using any evidence at depositions, trials, or on motions that has not been previously disclosed and produced to Defendants;

6.	Imposing monetary sanctions on Harold Funk, and his attorney, Laurence L. Baumbach, under Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure;

The Honorable Edmund F. Brenna will hold a hearing on this motion at 10:00 a.m. on Wednesday, April 20, 2011 in Courtroom 24 of the United States Courthouse located at 501 I Street, Sacramento, California. The motion is based on this Notice of Motion and Motion, the Joint and/or Separate Statements regarding the disputes, the declarations filed in support of the motion, the additional Points and Authorities filed in support of the motion, and on such other and further evidence offered and received by the Court at the hearing on the motion

Date: March 28, 2011

*/s/ Douglas R. Thorn*

Douglas R. Thorn
Attorney for Defendants Town of Paradise, Gerald Carrigan, Robert Pickering and Timothy Cooper

-1-

MOTION TO COMPEL DISCOVERY AND FOR PROTECTIVE ORDERS AND SANCTIONS