UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ANTHONY FUNK,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF PARADISE, PARADISE POLICE DEPARTMENT CHIEF GERALD CARRIGAN, PARADISE POLICE DEPARTMENT OFFICER ROBERT PICKERING, PARADISE POLICE DEPARTMENT OFFICER TIMOTHY COOPER, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  2:09-CV-01000-MCE-KJM<br><br>ORDER ON EX PARTE APPLICATION FOR CONTINUANCE |

The Court has considered Defendants' ex parte application to continue the hearing and briefing schedule on the discovery motions currently on the Court's calendar for hearing on April 20, 2011, and good cause appearing therefore, hereby GRANTS the ex parte application and orders the following:

    1.    The hearing on the motions is continued to May 11, 2011 at 10:00 a.m. in Courtroom 24;

    2.    The joints statements shall be filed no later than 5:00 p.m. on April 27,2011;

    3.    Defendants shall email the draft joint statement and supporting materials for their motion to Plaintiff's counsel on or before 5:00 p.m. on April 14, 2011;

    4.    The final joint statement for each motion shall be provided to counsel for the moving party no later than 5:00 p.m. on April 26, 2011.  No issues shall be the subject of reply in the joint statement, and the joint statements shall be filed with a Table of Contents.

IT IS SO ORDERED

April 12, 2011

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER