UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HAROLD ANTHONY FUNK,            No. 2:09-cv-01000-MCE-CKD

       Plaintiff,

   v.                          ORDER CONTINUING TRIAL

TOWN OF PARADISE, ET AL.,

       Defendants.

_____/

    YOU ARE HEREBY NOTIFIED the January 7, 2013 jury trial is vacated and continued to **October 21, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **August 8, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the November 15, 2012 Final Pretrial Conference is vacated and continued to **August 22, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **August 1, 2013** and shall comply with the procedures outlined in the Court's November 6, 2009 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1  Telephonic appearances for this hearing are not permitted.
2      Any evidentiary or procedural motions are to be filed by
3  **August 1, 2013.**  Oppositions must be filed by **August 8, 2013** and
4  any reply must be filed by **August 15, 2013.**  The motions will be
5  heard by the Court at the same time as the Final Pretrial
6  Conference.
7      All other due dates set forth in the Court's Pretrial
8  Scheduling Order are confirmed.
9      IT IS SO ORDERED.

 Dated: October 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE