UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD ANTHONY FUNK,<br><br>   Plaintiff,<br><br>v.<br><br>TOWN OF PARADISE, PARADISE POLICE DEPARTMENT CHIEF GERALD CARRIGAN, PARADISE POLICE DEPARTMENT OFFICER ROBERT PICKERING, PARADISE POLICE DEPARTMENT OFFICER TIMOTHY COOPER, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:09-CV-01000-MCE-KJM<br><br>ORDER ON EX PARTE APPLICATION FOR CONTINUANCE |

The Court has considered Defendants' ex parte application to extend the time for Defendants to file their portion of the joint statement and pretrial motions, and good cause appearing therefore, hereby GRANTS the ex parte application and orders the following:

    1.    Plaintiff shall provide Defendant with Plaintiff's portion of the joint pretrial statement by midnight, August 1, 2013, the date the Scheduling order calls for filing the joint statement and pretrial motions;

    2.    Defendants shall file the joint statement and their pretrial motions with the Court no later than 5:00 p.m. on Monday, August 5, 2013.

    3.    The other deadlines and hearing dates imposed the Court are affirmed.

IT IS SO ORDERED.

Dated:  August 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER