1  DOUGLAS R. THORN (Cal. Bar No. 133521)
   Law Office of Douglas R. Thorn
2  7601 Watson Way
   Citrus Heights, California 95610
3  Email – drthorn@surewest.net

4
   J. SCOTT SMITH (Cal. Car No. 151163)
5  Law Office of J. Scott Smith
   4941 Forrestal Street
6  Fair Oaks, California 95628
   Telephone (916) 952-1398
7  E-mail: jscottsmith63@gmail.com

8
   Attorneys for Defendants Town of Paradise, Gerald
9  Carrigan, Robert Pickering and Timothy Cooper.

10

11

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| HARAOLD ANTHONY FUNK, | Case No.:  2:09-CV-01000-MCE-KJM |
| Plaintiff, | |
| vs. | |
| TOWN OF PARADISE, PARADISE POLICE DEPARTMENT CHIEF GERALD CARRIGAN, PARADISE POLICE DEPARTMENT OFFICER ROBERT PICKERING, PARADISE POLICE DEPARTMENT OFFICER TIMOTHY COOPER, and DOES 1 through 100, inclusive, | **Order** The Honorable Morrison C. England United States District Judge |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24

25        Defendants have requested, ex parte, that the hearing scheduled for Plaintiff's

26  Motion for New Trial be continued to January 9, 2014.   Good Cause having been shown,

27  That request is hereby GRANTED and the hearing is hereby scheduled for January 9, 2014

28

                                    1
              Order Continuing Hearing Date On Motion for New Trial

1   at 2:00 p.m. in Courtroom 7 of the above-entitled court.

2       IT IS SO ORDERED.

3   Dated:  December 3, 2013

4

5

6   _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
7   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Hearing Date On Motion for New Trial