1  DOUGLAS R. THORN (Cal. Bar No. 133521)
   Law Office of Douglas R. Thorn
2  7601 Watson Way
   Citrus Heights, California 95610
3  Email – drthorn@surewest.net

4
   J. SCOTT SMITH (Cal. Car No. 151163)
5  Law Office of J. Scott Smith
   4941 Forrestal Street
6  Fair Oaks, California 95628
   Telephone (916) 952-1398
7  E-mail: jscottsmith63@gmail.com

8
   Attorneys for Defendants Town of Paradise, Gerald
9  Carrigan, Robert Pickering and Timothy Cooper.

10

11

12
                  UNITED STATES DISTRICT COURT
13
                  EASTERN DISTRICT OF CALIFORNIA
14

| HARAOLD ANTHONY FUNK, | Case No.: 2:09-CV-01000-MCE-KJM |
|---|---|
| Plaintiff, | |
| vs. | |
| TOWN OF PARADISE, PARADISE POLICE DEPARTMENT CHIEF GERALD CARRIGAN, PARADISE POLICE DEPARTMENT OFFICER ROBERT PICKERING, PARADISE POLICE DEPARTMENT OFFICER TIMOTHY COOPER, and DOES 1 through 100, inclusive, | **Order**<br><br>The Honorable Morrison C. England<br>United States District Judge |
| Defendants. | |

24     The parties have submitted a stipulated request to continue the hearing scheduled

25  for Plaintiff's Motion for New Trial to January 9, 2014.

26  ///

27  ///

28  ///

                              1
         Order Continuing Hearing Date On Motion for New Trial

1 | Good cause having been shown, That request is hereby GRANTED and the hearing is
2 | hereby scheduled for January 9, 2014 at 2:00 p.m. in Courtroom 7 of the above-entitled
3 | court.  Defendant's ex parte application to continue the hearing is DENIED as moot.
4 |     IT IS SO ORDERED.
5 | Dated:  December 4, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT